1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO  (181530)
   Assistant United States Attorney
5    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
6    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
7    E-Mail: grant.fondo@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE  DIVISION
12

13
   UNITED STATES OF AMERICA,          )      No. CR 11-00308 DLJ
14                                     )
           Plaintiff,                  )      STIPULATION AND
15                                     )      **ORDER** EXCLUDING TIME FROM
        v.                             )      SEPTEMBER 21, 2011, TO NEW STATUS
16                                     )      HEARING, AND SETTING NEW
   NORMA VALDOVINOS, ET AL.,           )      STATUS HEARING DATE TO
17                                     )      NOVEMBER 15, 2011
           Defendant.                  )
18  _____)

19

20
           The defendants[1] Claudia Valdovinos, Linda Tran, Elaine Ly, and Pablo Curiel,
21
   represented by Alfredo Morales, Robert Carey, Jeane Dekelver, and Thomas Ferrito,
22
   respectively, and the government, represented by Grant Fondo, Assistant United States Attorney,
23
   appeared before the Hon. Lucy H. Koh on June 15, 2011, for a status hearing.  Judge Koh set the
24
   matter for a further status hearing on September 21, 2011, and excluded time from June 15,
25
   2011, through September 21, 2011.  Shortly thereafter the matter was deemed related to another
26

27
   _____

28      [1]  Defendant Norma Valdovinos made her initial appearance and has since failed to
   appear, and defendant Jesus Chavez fled prior to service of the indictment.

   ORDER EXLUDING TIME
   Case No. CR. 11-00308 ELD

1   matter, and transferred to the Hon. Jeremy Fogel.  The matter was again re-assigned on

2   September 28, 2011, to the Hon. D. Lowell Jensen.

3        The parties request that this matter **be set for a further status conference on November**

4   **15, 2011 at 9:00 AM**, or some other date convenient for the Court, and that time be excluded

5   from September 21, 2011, through the new status hearing date.  This matter is a complex

6   mortgage fraud case involving thousands of pages of documents.  The parties have engaged in

7   and are continuing plea discussions.  Further, the defendants have been reviewing discovery and

8   continue to do so.  Counsel for the defendants request that time be excluded under the Speedy

9   Trial Act between September 21, 2011, and the new status hearing date because the time is

10   needed to review the discovery and to conduct necessary investigation.  The government has no

11   objection to excluding time.

12

13   DATED: October 4, 2011                     MELINDA HAAG (CABN 132612)
                                                United States Attorney

14

15                                                  /S/
                                                _____

16                                              GRANT P. FONDO
                                                Assistant United States Attorney

17                                                  /S/

18                                              _____
                                                ALFREDO MORALES

19                                              Counsel for Claudia Valdovinos

20                                                  /S/
                                                _____

21                                              ROBERT J. CAREY, JR.
                                                Counsel for Linda Tran

22                                                  /S/

23                                              _____
                                                JEANE DEKELVER

24                                              Counsel for Elaine Ly

25                                                  /S/
                                                _____

26                                              THOMAS FERRITO
                                                Counsel for Pablo Curiel

27

28   ///

ORDER EXLUDING TIME
Case No. CR. 11-00308 ELD                    -2-

1

**ORDER**

2      Based upon the representation of counsel and for good cause shown, the Court finds that

3   failing to exclude the time between September 21, 2011, and November 15, 2011, would

4   unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable

5   time necessary for effective preparation, taking into account the exercise of due diligence.  18

6   U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

7   the time between September 21, 2011, and November 15, 2011, from computation under the

8   Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

9   Therefore, IT IS HEREBY ORDERED that the time between September 21, 2011, and

10   November 15, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

11   § 3161(h)(7)(A) and (B)(iv).

12   **A further status conference will be held on November 15,  2011 at 9:00am before**

13   **Judge D. Lowell Jensen in Courtroom 7, 4th Floor, San Jose Courthouse.**

14

15

16   DATED:  October 11, 2011

17                                                                                    D. Lowell Jensen
                                                                                        United States District Judge

18

19

20

21

22

23

24

25

26

27

28