1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   GRANT P. FONDO (CABN 181530)
    Assistant United States Attorney
5
    DAVID R. CALLAWAY (CABN 121782)
6   Assistant United States Attorney

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5035
        Fax:  (408) 535-5066
9       E-Mail: grant.fondo@usdoj.gov

10  Attorneys for Plaintiff

11                      IN THE UNITED STATES DISTRICT COURT

12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

                                SAN JOSE DIVISION
13

14
    UNITED STATES OF AMERICA,              )
15                                         )
                    Plaintiff,             )      No. CR-11-00308 DLJ
16                                         )
                                           )
17          v.                             )      MOTION TO DISMISS CLAUDIA
                                           )      VALDOVINOS; ORDER [proposed]
18                                         )
    CLAUDIA VALDOVINOS, ET AL              )
19                                         )
                    Defendants.            )
20  _____  )

21          The United States hereby moves to dismiss, without prejudice, defendant Claudia

22  Valdovinos from the above-entitled action.  The motion is based on the interests of justice.

23  ///

24  ///

25  ///

26  ///

27  ///

28

    MOTION TO DISMISS; ORDER
    CR 11-00308 DLJ
                                           1

1  DATED: October 15, 2012                    Respectfully submitted,

2                                             MELINDA HAAG
                                              United States Attorney
3

4

5                                             GRANT P. FONDO
                                              Assistant United States Attorney
6

7

8                          **ORDER** [proposed]

9        Based on the government's motion to dismiss the captioned indictment against defendant

10  Claudia Valdovinos, without prejudice,

11        IT IS HEREBY ORDERED that the captioned matter is dismissed as to Claudia

12  Valdovinos only.  The dismissal is without prejudice.  This order does not dismiss any other

13  defendants.

14  DATED: FEB î FG

15

16                                            D. LOWELL JENSEN
                                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS; ORDER
CR 11-00308 DLJ

2